
 
 
  Georges Robert Saad and Forte Development Group, LLC, a Colorado limited liability company, Petitioners/Cross-Respondents  v.  Robert K. Hirsch, individually and as trustee for the Belinda A. Begley and Robert K. Hirsch Revocable Trust; and Belinda A. Begley, individually and as trustee for the Belinda A. Begley and Robert K. Hirsch Revocable Trust. Respondents/Cross-Petitioners No. 20SC846Supreme Court of Colorado, En BancAugust 16, 2021

 Court
 of Appeals Case No. 19CA361

 Petition
 and Cross-Petition for Writ of Certiorari DENIED.

 
